UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan E. Pramuk,                                                                      Civ. No. 13-2467 (PAM/JJG)

                Plaintiff,

v.                                                                                                           **ORDER**

Patient Bill of Rights Mayo Clinic,
Dr. Fredric Groves, and
Dr. William F. Young, Jr.,

                Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham dated September 23, 2013. In the R&R, Magistrate Judge Graham recommends that Plaintiff's IFP application be denied and that the case be dismissed in its entirety.

According to statute, the Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Plaintiff has failed to file any objections to the R&R in the time period permitted, and as such the Court will adopt the R&R. The Court notes that in lieu of objections, Plaintiff re-filed the original Complaint and referred to it as an "Amended Complaint." (Docket Nos. 1, 4.) The so-called Amended Complaint is substantively identical to the original Complaint and does not attempt to remedy any of the infirmities noted in the R&R. This Order therefore applies equally to the Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 3) is **ADOPTED**;

2. Plaintiff's Application for Leave to Proceed In Forma Pauperis (Docket Nos. 2, 5) is **DENIED**; and

3. This matter is **DISMISSED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 17, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge